UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO INC., <br><br>*Plaintiffs* <br><br>v. <br><br>640350 STORE, 9999 KINDS TOY BOUTIQUE STORE, AISPMEE OFFICIAL STORE, ANIME CHARACTER MODEL SHOP STORE, ANIME TOY SERIES STORE, BABY'S TOY STORE, BACKDROPBYNITREE STORE, BAGPICKY STORE, BCAA STORE, BEETOY TOY STORE, BITE BITES OFFICIAL STORE, BLACK KNIGHT STORE, BLANKET 003 STORE, BOOM SPECIALTY STORE, BRILLIANT DECORATIVE FAVORS STORE, BRILLIANT FUN PARTY STORE, CAREHER GIFTS STORE, CHILDREN'S FUNNY STORE, CHILD'S CLOAKROOM STORE, CJS TOY STORE, CRUSH BACKDROPS STORE, DA KUAN PARTY STORE, DAFI R STORE, DAMAITONG STORE, DECCER STORE, DISNEY ANIME THEME STORE, DIY-MATERIAL STORE, DROPSHIP PLUSH TOY STORE, DUWES OFFICIAL STORE, FANYI TOY STORE, FLAMUR HOMEDECOR OFFICIAL STORE, FUNNY TOY8 STORE, FUNNY TOY9 STORE, GOOD LUCKLY YOU STORE, HAPPYNESS WONDERLAND, HAPPYSMILESHEN STORE, HFEZ STORE, HOLIDAY PARTIES STORE, HTMODEL STORE, HYPI TOY STORE 12 STORE, INNITREE STORE, KLDS STORE, KO KO BOWS STORE, L PARTY STORE, LEBEL STORE, LET'S PARTY TOGETHER STORE, LITCHI BACKDROP STORE, LITTLE NAUGHTY CHILDREN'S SHOP STORE, LOVE PARTY STORE, LYB TOY STORE, MILULU88 STORE, MOMN STORE, MS PARTY STORE, -NAUGHTY BABY STORE, NEOBACK BACKDROP STORE, NO.3478 FESTIVE AND GIFT STORE, OLYFACTORY STORE, PARTY SUPPLIESG STORE, PDD PARTY SUPPLIES STORE, PHOTURT PROFESSIONAL BACKDROP STORE, | 22 Civ. 5042 (AT) <br><br>**ORDER** <br><br>**<u>FILED UNDER SEAL</u>** |

1

PLAYPLAYPLAY STORE, POKEMOON PARTY STORE, PRETTY RIBBON&CRAFTS INC., ROBLOX STORE, SH CHILD CLOTHES STORE, SHOP3195061 STORE, SHOP4878036 STORE, SHOP5429117 STORE, SHOP5440075 STORE, SHOP834240 STORE, SHOP910455180 STORE, SHOP911035215 STORE, SHOP911389045 STORE, SHOP911545108 STORE, SHOP911553397 STORE, SMILEWILL 01 STORE, SPRINGHIT STORE, SR TOY STORE, STARTING POINT TOY STORE, SUMAIDA004 STORE, SURPRISE PARTY STORE, THE TWO DIMENSIONAL ASSOCIATION TOY STORE, TOY FUNNY WORLD STORE, VODOF OFFICIAL STORE, WIN-WIN TOY STORE, YI XIAXIA STORE, YI YUE PARTY STORE, YISI PARTY BALLOONS DECORS STORE, YUENIOR TOYS STORE, YY TOY STORE, ZHAN BAO ER STORE, ZIROU STORE, ZQ HOUSE STORE, ZR PARTY BOUTIQUE STORE, ZY HOUSE STORE and ZYZYKK OFFICIAL STORE,

*Defendants*

ANALISA TORRES, District Judge:

On June 16, 2022, the Court issued, under seal, a temporary restraining order ("TRO"), an asset restraint order, an order to show cause why a preliminary injunction should not issue, an order authorizing alternative service, and an order authorizing expedited discovery. June 16 Order. As part of the order to show cause, the Court ordered that (1) Defendants shall appear at a hearing on June 28, 2022, to show cause why a preliminary injunction should not issue, (2) Plaintiffs shall file a further submission with additional information by June 22, 2022, (3) Defendants shall file any opposing papers by June 24, 2022, and (4) Plaintiffs shall file any reply by June 27, 2022. *Id*. at 14.

On June 21, 2022, Plaintiffs sent a letter to the Court stating that they have not yet received necessary discovery from third-party service providers, and that they, therefore, cannot file their supplemental submission or serve Defendants. Letter. Plaintiffs also requested that the Court adjourn the show cause hearing, modify the briefing schedule, and extend the TRO.

A TRO may be extended beyond fourteen days "for good cause" for "a like period [of time]." Fed. R. Civ. P. 56(b)(2). The Court finds good cause to extend the TRO based on Plaintiffs' representations. Accordingly,

1. The TRO, which was scheduled to expire on June 30, 2022, shall expire on **July 14, 2022**.
2. Defendants shall appear before the Court at a telephonic hearing on **July 13, 2022**, at **2:00 p.m.**, and show cause why a preliminary injunction, pursuant to Fed. R. Civ. P.

2

65(a), should not issue.  Plaintiffs shall also join the hearing.  The parties may join the teleconference by dialing (215) 861-0674, and using access code 5598827.

3. By **July 8, 2022**, Plaintiffs shall file their further submission as discussed in the June 16 Order and serve Defendants with this order and the June 16 Order through the alternative means of service authorized by the June 16 Order.
4. By **July 11, 2022**, Defendants shall file their opposition electronically with the Court and serve the papers on Plaintiffs' counsel by delivering copies thereof to the office of Epstein Drangel LLP at 60 East 42nd Street, Suite 1250, New York, NY 10165, Attn: Jason M. Drangel.
5. By **July 12, 2022**, Plaintiffs shall file any reply and file proof of service on the docket.

SO ORDERED.

Dated: June 22, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge