

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York,
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   9/27/2023
```

September 26, 2023

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *Moonbug Entertainment Ltd., et al. v. 640350 Store, et al.*
             Case No. 22-cv-5042 (AT)
             **Fourth Request for Extension of Time to Respond to June 6, 2023 Order**

Dear Judge Torres,

      We represent Plaintiffs Moonbug Entertainment Limited and Treasure Studio Inc. ("Plaintiffs"), in the above-referenced matter (the "Action").[1] On June 6, 2023, the Court entered an Order, *inter alia*, directing Plaintiffs to provide additional information supporting personal jurisdiction as to each Defendant ("June 6, 2023 Order"). (Dkt. 48). For the reasons detailed below, Plaintiffs respectfully request a fourth extension of time to respond to the Court's June 6, 2023 Order. In accordance with Your Honor's Individual Rules of Practice, Plaintiffs respectfully submit the following:

1. **Original Deadline:** September 29, 2023
2. **The number of previous requests for adjournment:** Three, this is Plaintiffs' fourth request for an extension of time to respond to the June 6, 2023 Order.
3. **The reason for the current request:** As indicated in Plaintiffs' third request for an extension of time to respond to the June 6, 2023 Order (Dkt. 53), the only means by which Plaintiffs can obtain data evidencing Defaulting Defendants' sales of Counterfeit Products to consumers in New York to support Plaintiffs' claim for personal jurisdiction is if AliExpress produces the same in compliance with the expedited discovery ordered in the Temporary Restraining Order ("TRO"). Plaintiffs have been corresponding with AliExpress' local counsel who has repeatedly indicated AliExpress' willingness to cooperate with Plaintiffs' request. On, August 28, 2023, AliExpress' local counsel made an express representation that it would provide Plaintiffs with the exact information requested, but that it would need "until mid-September (approximately two more weeks) to complete the data gathering and disclosure process to do so." However, on September 26, 2023, AliExpress' local counsel informed Plaintiffs that in attempting to extract the requested data, AliExpress has "run into unanticipated technical difficulties and [is] working expeditiously

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiffs' Complaint or Application.

Hon. Analisa Torres
September 26, 2023
Page 2

    in good faith to address them." Given that AliExpress has agreed to produce the requested data and would have produced the same by mid-September but for the technical difficulties that arose, Plaintiffs do not find it appropriate to file a motion to compel at this time, and respectfully request additional time to respond to the June 6, 2023 Order to allow AliExpress to continue its efforts to provide the requested data to Plaintiffs.

4. **Whether the adversary consents:** All of the Defendants remaining in this Action are currently in default, thus Plaintiffs did not seek their consent.
5. **Proposed alternative dates:** Plaintiffs respectfully propose filing their response to the June 6, 2023 Order by November 3, 2023.

Plaintiffs' counsel sincerely apologizes to the Court for the inconvenience caused by this delay and thanks the Court for its time and attention to this matter.

                                      Respectfully submitted,

                                      **EPSTEIN DRANGEL LLP**

                                      BY: /s/ Gabriela N. Nastasi
                                      Gabriela N. Nastasi
                                      gnastasi@ipcounselors.com
                                      60 East 42nd Street, Suite 1250
                                      New York, NY 10165
                                      Telephone: (212) 292-5390
                                      Facsimile: (212) 292-5391
                                      *Attorneys for Plaintiffs*
                                      *Moonbug Entertainment Limited and Treasure Studio Inc.*

GRANTED.

SO ORDERED.

Dated: September 27, 2023
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge