

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2024
```

January 17, 2024

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      **Re:**   *Moonbug Entertainment Ltd., et al. v. 640350 Store, et al.*
            **Case No. 22-cv-5042 (AT)**
            <u>**Request for Adjournment of Default Judgment Show Cause Hearing**</u>

Dear Judge Torres,

      We represent Plaintiffs Moonbug Entertainment Limited and Treasure Studio Inc. ("Plaintiffs") in the above-referenced action (the "Action").[1] On May 26, 2023, Plaintiffs filed their Motion for Default Judgment. (Dkts. 44-47). On June 6, 2023, the Court entered an Order, *inter alia*, directing Plaintiffs to provide additional information supporting personal jurisdiction as to each Defendant ("June 6, 2023 Order"). (Dkt. 48). On November 2, 2023, Plaintiffs filed their response to the June 6, 2023 Order. (Dkt. 58). Thereafter, on November 14, 2023, the Court entered an order setting a default judgment briefing schedule, scheduling a show cause hearing for January 23, 2024 at 10:20 a.m. ("DJ OSC Hearing"). (Dkt. 61). For the reasons set forth herein, Plaintiffs respectfully request an adjournment of the DJ OSC Hearing. In accordance with Your Honor's Individual Rules and Practices, Plaintiffs respectfully submit the following:

**i.**    <u>**The original date(s)**</u>: The DJ OSC Hearing is currently scheduled for January 23, 2024 at 10:20 a.m.
**ii.**   <u>**The reason for the request**</u>: On January 23, 2024, Plaintiffs' counsel has two (2) in-person court appearances, one of which is scheduled shortly after the DJ OSC Hearing and will likely overlap with the DJ OSC Hearing. In order to avoid a scheduling conflict, Plaintiffs respectfully request that the Court adjourn the DJ OSC Hearing until January 24, 2024 or January 26, 2024, or another time that is most convenient for the Court.
**iii.**  <u>**The number of previous requests for adjournment or extension**</u>: None, this is Plaintiffs' first request for an adjournment of the DJ OSC Hearing.
**iv.**  <u>**Whether these previous requests were granted or denied**</u>: N/A
**v.**   <u>**Whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent**</u>: None of the Defendants remaining in this Action have filed Answers

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary.

or otherwise formally appeared, and are all currently in default, thus Plaintiffs did not seek their consent.

We thank the Court for its time and attention to this matter.

> Respectfully submitted,
>
> **EPSTEIN DRANGEL LLP**
>
> BY: /s/ Gabriela N. Nastasi
> Gabriela N. Nastasi
> gnastasi@ipcounselors.com
> 60 East 42nd Street, Suite 1250
> New York, NY 10165
> Telephone: (212) 292-5390
> Facsimile: (212) 292-5391
> *Attorneys for Plaintiffs*

The show cause hearing scheduled for January 23, 2024, is ADJOURNED to **February 6, 2024** at **11:20 a.m.**  The parties are directed to dial 888-398-2342 and enter access code 5598827 at the time of the conference.

Plaintiffs are directed to serve a copy of this order on Defendants by the means specified in the Order Authorizing Bifurcated and Alternative Service by Electronic Means.  *See* ECF No. 19 at 15–17.

SO ORDERED.

Dated: January 18, 2024
       New York, New York

ANALISA TORRES
United States District Judge